Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Amadou Sow,
Petitioner

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 26-CV-6206

v.

Philip Rhoney, et al,
Respondents

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court dismisses any remaining claims in the petition without prejudice.

Date: April 17, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: S/ Dawn K.
     Deputy Clerk